IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SURAJ THAPA,<br><br>    Plaintiff,<br><br>vs.<br><br>DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | 8:25CV62<br><br>ORDER OF DISMISSAL |

   This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal. (Filing No. 22.) Having considered the matter, the Court will accept the Voluntary Dismissal. Accordingly,

   **IT IS ORDERED** that this case is dismissed without prejudice, with the parties to bear their own attorney's fees and costs.

   Dated this 24th day of June, 2025.

                          BY THE COURT:

                          _____
                          Susan M. Bazis
                          United States District Judge